## INCIDENT

| | | | |
|---|---|---|---|
| Incident Number | Incident Date | NFIRS Number | Incident Type |
| 22-004882 | 02/11/2022 | 0000514 | (350) - Extrication, rescue, other |

| | | | |
|---|---|---|---|
| FDID | Station | Shift | District |
| KA461 | Westlake Volunteer Fire Department | PM | Westlake |

Initial Dispatch Code

| | | | | |
|---|---|---|---|---|
| Alarms | Working Fire? | COVID-19 was a factor | Critical Incident | Critical Incident Team |
| | No | No, COVID-19 was not a factor | Yes | |

Critical Incident Circumstances 1
(8) - Incidents with excessive media interest

Temporary Resident Involvement

Hazardous Materials Released

Action Taken 1
(23) - Extricate, disentangle

Action Taken 2
(33) - Provide advanced life support (ALS)

## AID

Aid Given/Received
(1) - Mutual aid received

Aided Agency                                      Their Incident Number

Aiding Agencies
Cy-Fair Fire, HFD

## LOCATION

Location Type
(4) - Rear of

Address
18003 CLAY Road, HOUSTON, Texas, 77084

| | | | |
|---|---|---|---|
| Cross Street, USNG, or Directions | Latitude | Longitude | Census Tract |
| | 29.82703000 | -95.67800000 | |

Detector Alerted Occupant

| | |
|---|---|
| Property Use | Mixed Use |
| (900) - Outside or special property, other | |

EXHIBIT A

## TIMES

| PSAP Received | Dispatch Notified Time | Alarm Time |
|---|---|---|
| 19:28:22, 02/11/2022 | 20:42:57, 02/11/2022 | 19:28:00, 02/11/2022 |

| Arrival Time | Water on Fire Time | At Patient Time |
|---|---|---|
| 19:36:16, 02/11/2022 | | 19:36:16, 02/11/2022 |

| Loss Stop Time | Controlled Time | Last Unit Cleared Time |
|---|---|---|
| | | 23:07:16, 02/11/2022 |

| Total On Scene Time | Total Incident Time |
|---|---|
| 3 hrs 31 mins 0 sec | 3 hrs 38 mins 54 sec |

## COUNTS

**Counts Include Aid Received?**
No

| Suppression: | | EMS: | | Other: | |
|---|---|---|---|---|---|
| Apparatus | Personnel | Apparatus | Personnel | Apparatus | Personnel |
| 3 | 10 | 2 | 4 | 3 | 3 |

## AUTHORIZATION

**Report Writer:**

| Name | Employee Number | Assignment | Authorization Date |
|---|---|---|---|
| DRAPER, SHANNON | 301 | 4101 | 02/12/2022 |

**Officer in Charge:**

| Name | Employee Number | Assignment | Authorization Date |
|---|---|---|---|
| DRAPER, SHANNON | 301 | 4101 | 02/12/2022 |

**Quality Control:**

| Name | Authorization Date |
|---|---|

## INCIDENT NARRATIVE

Aircraft Tail no: N201VZ Type: 1977 Mooney M20J SN: 24-0243 Westlake fire department was dispatched to the above incident location for a reported small aircraft crash. Westlake's Battalion Chief 41 arrived on scene and assumed command reporting a single engine aircraft with heavy frontend damage, upside down, on the ground, no fire and two occupants trapped in the wreckage. Mutual aid requested from Cy-fair and Houston heavy rescue Extrication efforts were hampered due to the extent of the damage to the aircraft and the aircraft's location. Westlake EMS and LF crews worked in the aircraft providing EMS after extrication two patients were transferred to life flight helicopter's 4 and both PT flown to MEMORIAL HERMANN HOSPITAL The incident investigation is being handled by Harris County Sheriff, Department Public Safety and FAAScene delay was due to location of the aircraft on the backside of a golf course limiting access and only accessable by small vehicle

Created By: DRAPER, SHANNON

## Unit Reports

**4103**

| Use | Responding From | Priority |
|---|---|---|
| (0) - Other | | |

Response Delays

### 4103

| Dispatch Time | Enroute Time | Arrival Time |
|---|---|---|
| 20:42:57, 02/11/2022 | 20:42:57, 02/11/2022 | 20:50:19, 02/11/2022 |

| At Patient Time | Clear Time | In District Time |
|---|---|---|
|  | 22:39:51, 02/11/2022 |  |

Actions Taken:

Personnel Count
0

### 4102

| Use | Responding From | Priority |
|---|---|---|
| (0) - Other |  |  |

Response Delays

| Dispatch Time | Enroute Time | Arrival Time |
|---|---|---|
| 20:28:16, 02/11/2022 | 20:28:16, 02/11/2022 | 20:41:35, 02/11/2022 |

| At Patient Time | Clear Time | In District Time |
|---|---|---|
|  | 22:40:37, 02/11/2022 |  |

Actions Taken:

Personnel Count
0

### 4101

| Use | Responding From | Priority |
|---|---|---|
| (0) - Other |  |  |

Response Delays

| Dispatch Time | Enroute Time | Arrival Time |
|---|---|---|
| 20:19:35, 02/11/2022 | 20:19:35, 02/11/2022 | 20:32:44, 02/11/2022 |

| At Patient Time | Clear Time | In District Time |
|---|---|---|
|  | 22:35:38, 02/11/2022 |  |

Actions Taken:

Personnel Count
0

### M41

| Use | Responding From | Priority |
|---|---|---|
| (2) - EMS |  |  |

Response Delays

## M41

**Dispatch Time**
19:31:47, 02/11/2022

**Enroute Time**
19:31:47, 02/11/2022

**Arrival Time**
19:38:33, 02/11/2022

**At Patient Time**

**Clear Time**
22:31:41, 02/11/2022

**In District Time**

**Actions Taken:**

**Personnel Count**
0

## SQ42

**Use**
(1) - Suppression

**Responding From**

**Priority**

**Response Delays**

**Dispatch Time**
19:28:38, 02/11/2022

**Enroute Time**
19:29:32, 02/11/2022

**Arrival Time**
19:36:18, 02/11/2022

**At Patient Time**

**Clear Time**
23:07:16, 02/11/2022

**In District Time**

**Actions Taken:**

### Person 1: DRIVER, JOE

**Patient Contact?**

**Medical PPE Worn**

**Fire Products Exposed To**

**PPE Worn During Incident**

**PPE Malfunction?**   **Barrier Breach**   **Black Soot Around Nose**   **Black Soot Around Mouth**

**Decontamination Procedures Completed**

### Person 2: MULHERN, ALEX

**Patient Contact?**

**Medical PPE Worn**

**Fire Products Exposed To**

**PPE Worn During Incident**

**PPE Malfunction?**   **Barrier Breach**   **Black Soot Around Nose**   **Black Soot Around Mouth**

### Person 2: MULHERN, ALEX

Decontamination Procedures Completed

---

### Person 3: COWANS, ANDRE

| Patient Contact? | Medical PPE Worn | | |
|---|---|---|---|

Fire Products Exposed To

PPE Worn During Incident

| PPE Malfunction? | Barrier Breach | Black Soot Around Nose | Black Soot Around Mouth |
|---|---|---|---|

Decontamination Procedures Completed

---

### Person 4: ZAMBRANO, ISAEL

| Patient Contact? | Medical PPE Worn | | |
|---|---|---|---|

Fire Products Exposed To

PPE Worn During Incident

| PPE Malfunction? | Barrier Breach | Black Soot Around Nose | Black Soot Around Mouth |
|---|---|---|---|

Decontamination Procedures Completed

---

### Unit Narrative

Sq 42 arrived on scene via foot traffic due to dispatch informing us that the best access was from the airport. Once we arrived we found that this information was inaccurate. I made a calculated decision to not delay the response to the potential victims and decided to ride with the airport manger in his POV. Once we made patient contact we communicated with Bat41 as for what resources we needed. The remainder of time while on scene was spent working to extricate patient.

Created By: DRIVER, JOE

### A41

| Use | Responding From | Priority |
|---|---|---|
| (2) - EMS | | |

Response Delays

| Dispatch Time | Enroute Time | Arrival Time |
|---|---|---|
| 19:28:38, 02/11/2022 | 19:30:04, 02/11/2022 | 19:37:27, 02/11/2022 |

| At Patient Time | Clear Time | In District Time |
|---|---|---|
| | 22:30:36, 02/11/2022 | |

## A41

**Actions Taken:**

**Personnel Count**
0

## BAT41

| Use | Responding From | Priority |
|---|---|---|
| (1) - Suppression | | |

**Response Delays**

| Dispatch Time | Enroute Time | Arrival Time |
|---|---|---|
| 19:28:38, 02/11/2022 | 19:30:10, 02/11/2022 | 19:36:16, 02/11/2022 |

| At Patient Time | Clear Time | In District Time |
|---|---|---|
| | 22:41:06, 02/11/2022 | |

**Actions Taken:**

**Personnel Count**
0

## L43

| Use | Responding From | Priority |
|---|---|---|
| (1) - Suppression | | |

**Response Delays**

| Dispatch Time | Enroute Time | Arrival Time |
|---|---|---|
| 19:28:38, 02/11/2022 | 19:30:12, 02/11/2022 | 19:37:34, 02/11/2022 |

| At Patient Time | Clear Time | In District Time |
|---|---|---|
| | 23:07:16, 02/11/2022 | |

**Actions Taken:**
Extricate, disentangle

### Person 1: ESCARCEGA, PAUL

| Patient Contact? | Medical PPE Worn | | |
|---|---|---|---|

**Fire Products Exposed To**

**PPE Worn During Incident**

| PPE Malfunction? | Barrier Breach | Black Soot Around Nose | Black Soot Around Mouth |
|---|---|---|---|

**Decontamination Procedures Completed**

**Person 2: GARCIA, TONY**

| Patient Contact? | Medical PPE Worn | | |
|---|---|---|---|

Fire Products Exposed To

PPE Worn During Incident

| PPE Malfunction? | Barrier Breach | Black Soot Around Nose | Black Soot Around Mouth |
|---|---|---|---|

Decontamination Procedures Completed

**Unit Narrative**

L43 AOSTF SQ42 ON SCENE OF A AIRPLANE CRASH W/ PLANE TURNED OVER ON ROOF, EXTENSIVE DAMAGE TO FRONT END OF PLANE, AND 2 PTS TRAPPED INSIDE COCKPIT. L43 AND SQ42 BEGAN STABALIZING PLANE AND EXTRICATING PTS. MUTAL AID WAS RECIEVED BY CY-FAIR FIRE DEPARMENT AND HOUSTON FIRE DEPARTMENT. PTS SUCCESSFULLY EXTRICATED AND PTS TAKEN TO TRAUMA CENTER BY LIFEFLIGHT. NO OTHER INJURIES OCCURED AT INCIDENT. L43 BACK IN SERVICE.

Created By: ESCARCEGA, PAUL



**WESTLAKE VOLUNTEER FIRE DEPT.**
P.O. BOX 5007
KATY, TEXAS 77491-5007

NORTH HO... ON TX 773
26 JUN 2023 PM 5



JOE ALFRED IZEN, JR
IZEN + ASSOC., PC
3526 MCKNIGHT ST.
HOUSTON, TX 77035

77035-282826