```
UNIQUE OPTICAL SERVI
  2431 BISSONNET ST
  HOUSTON, TX 77005
    (713)522-2007

Merchant ID: 8676
Term #: 0002      Store #: 0118
                    Ref #: 0003

         Sale

XXXXXXXXXXXX1117
MASTERCARD   Entry Method: Chip


Total:          $      495.00



03/09/22              14:11:05
Inv #: 000003  Appr Code: 78652P
Transaction ID: 0309MWEF4GLVD
Apprvd: Online   Batch#: 000060

Mastercard
AID: A0000000041010
TSI: E800
TVR: 0000008000


            Customer Copy
```

```
UNIQUE OPTICAL SERVI
  2431 BISSONNET ST
  HOUSTON, TX 77005
    (713)522-2007

Merchant ID: 8676
Term #: 0002      Store #: 0118
                    Ref #: 0001

         Sale

XXXXXXXXXXXX1117
MASTERCARD   Entry Method: Chip


Total:          $      495.00



03/01/22              14:06:44
Inv #: 000001  Appr Code: 32602P
Transaction ID: 0301MWEYGH0UO
Apprvd: Online   Batch#: 000057

Mastercard
AID: A0000000041010
TSI: E800
TVR: 0000008000


            Customer Copy
```

EXHIBIT B