# Exhibit 4 – Placeholder

# Video File – Deputy Ross's body camera of encounter with Plaintiff